# RICHLAND & FALKOWSKI, PLLC

ATTORNEYS AT LAW

QUEENS COUNTY OFFICE:
28-07 JACKSON AVE, 5TH FL.
LONG ISLAND CITY, NY 11101

ORANGE COUNTY OFFICE:
5 FAIRLAWN DRIVE, SUITE 204
WASHINGTONVILLE, NY 10992

PHONE: (212) 390-8872
FAX:   (212) 390-8873
EMAIL: mfalkowski@rflegal.net

January 23, 2023

<u>Via Electronic Filing</u>
Judge Eric Komitee
United States District Court, Eastern District of New York
225 Cadman Plaza East, Courtroom 6G North
Brooklyn, New York 11201

      RE:    *West Coast 2014-7, LLC v. Speller*
               20-cv-04187(EK)(RML)
               **Letter Application Seeking an Order Vacating the Judgment of Foreclosure and Sale and Discontinuing the Action**

Your Honor:

Please note that my office represents the plaintiff in the above-referenced foreclosure action. I write this letter application seeking an Order vacating the Judgment of Foreclosure and Sale entered August 29, 2022, cancelling the notice of pendency filed February 3, 2021 and further discontinuing this action. The reason for the application is because the borrower, defendant Kenneth Speller, has modified the underlying loan.

As such, Plaintiff respectfully requests for the Judgment of Foreclosure and Sale to be vacated, for the notice of pendency to be cancelled and for this action to be dismissed. A copy of the proposed order is enclosed herein.

I thank Your Honor for Your attention to this matter.

                                                     Very truly yours,

                                                     Michal Falkowski, Esq.

Enc.

cc: Mark A. Crawford, Esq. (Via electronic mail)